# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE

| | |
|---|---|
| **MONICA PRICE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 3:18-cv-00003-JHM |
| | ) |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) Electronically Filed |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF SETTLEMENT

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Monica Price, and the Defendant, The Lincoln National Life Insurance Company, hereby stipulate that this action is hereby dismissed with prejudice to the refiling of the same.

Each party shall bear their own attorneys' fees and costs.

Dated: March 3, 2018.

Respectfully submitted,

/s/ John M. Scannapieco
Chad E. Wallace
KY BPR No. 92832
Baker Donelson Bearman Caldwell & Berkowitz, PC
100 Med Parkway, Suite 200
Johnson City, Tennessee 37604
Phone: 423-928-0181
Fax: 423-979-7639
Email: cwallace@bakerdonelson.com

John M. Scannapieco, appearing *pro hac vice*
Tenn. Reg. No. 14473
BAKER DONELSON BEARMAN
　　CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
(615) 726-5648
jscannapieco@bakerdonelson.com

*Attorneys for the Defendant, The Lincoln National Life Insurance Company*


/s/ Robert A. Florio (w/ permission JS)
Robert A. Florio
2800 Juniper Hill Court
Louisville, Kentucky 40206
Telephone:  (502) 295-7930
raflorioatty@hotmail.com

*Attorneys for the Plaintiff, Monica Price*

## CERTIFICATE OF SERVICE

　　I hereby certify that a true and correct copy of the foregoing was served electronically by operation of the Court's electronic filing system or by U.S. first class mail, postage pre-paid, to Robert A. Florio, Esq., 2800 Juniper Hill Court, Louisville, Kentucky 40206 on this 3rd day of March, 2018.

/s/ John M. Scannapieco
John M. Scannapieco